```
                            United States Bankruptcy Court
                            Northern District of California
In re:                                                             Case No. 13-43677-RLE
Richard Chiu                                                       Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-4          User: twashingt              Page 1 of 3        Date Rcvd: Jun 28, 2013
                              Form ID: B9A                 Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2013.
```
db           +Richard Chiu,    1 Winant Way,    Alameda, CA 94502-6538
smg          +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
smg          +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
13309761      Bill me Later,    P. O. Box 105658,    Atlanta, GA 30348-5658
13309762     +Bradley Kass, Esq.,    520 S. El Camino Real, #810,    San Mateo, CA 94402-1721
13309763     +Capital One Card Services,    P. O. Box 60507,    City of Industry, CA 91716-0507
13309764      Chase Bank,    P. O. Box 78068,    Phoenix, AZ 85062-8068
13309766     +Chase Mortgage,    P. O. Box 78035,    Phoenix, AZ 85062-8035
13309768     +First American Title Insurance Co.,    c/o Holly J. Stirling,    Steyer Lowenthal, et al.,
               One California Street, 3rd Floor,    San Francisco, CA 94111-5405
13309769     +Golden Bear Mortgage,    1201 Solano Ave. #202,    Albany, CA 94706-1753
13309772     +Spondulix Company,    c/o Mike Rosen,    851 Cherry Ave., #27/132,    San bruno, CA 94066-2900
13309774     +Wei Lin Zhao,    5 Winant Way,    Alameda, CA 94502-6538
13309775      Wells Fargo Home Mortgage,    P. O. Box 60505,    City of Industry, CA 91716-0505
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: attorneyruth@sbcglobal.net Jun 29 2013 02:31:18     Ruth Elin Auerbach,
               Law Offices of Ruth Elin Auerbach,    77 Van Ness Ave. #201,    San Francisco, CA  94102
tr           +EDI: BPMANSDORF.COM Jun 29 2013 02:03:00      Paul Mansdorf,   1563 Solano Ave. #703,
               Berkeley, CA 94707-2116
smg           EDI: EDD.COM Jun 29 2013 02:03:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Jun 29 2013 02:03:00      CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
ust          +E-mail/Text: ustpregion17.oa.ecf@usdoj.gov Jun 29 2013 02:45:48
               Office of the U.S. Trustee/Oak,    Office of the U.S. Trustee,    1301 Clay St. #690N,
               Oakland, CA 94612-5231
13309758      EDI: GMACFS.COM Jun 29 2013 02:03:00      Ally Bank,    P. O. Box 9001952,
               Louisville, KY 40290-1952
13309759      EDI: AMEREXPR.COM Jun 29 2013 02:03:00      American Express,    Box 0001,
               Los angeles, CA 90096-8000
13309760      EDI: BANKAMER.COM Jun 29 2013 02:03:00      Bank of America,    P. O. Box 15019,
               Wilmington, DE 19886-5019
13309765      EDI: CHASE.COM Jun 29 2013 02:03:00      Chase Cardmember Services,    P. O. Box 94014,
               Palatine, IL 60094-4014
13309770      EDI: IRS.COM Jun 29 2013 02:03:00      Internal Revenue Service,    Special procedures,
               1301 Clay Street, Stop 1400S,    Oakland, CA 94612
13309772     +E-mail/Text: ROSENSLITIGATION@GMAIL.COM Jun 29 2013 03:02:19     Spondulix Company,
               c/o Mike Rosen,    851 Cherry Ave., #27/132,    San bruno, CA 94066-2900
13309773      EDI: CALTAX.COM Jun 29 2013 02:03:00      State of California,    Franchise tax Board,
               Bankruptcy Dept.,    P. O. Box 2952,    Sacramento, CA 95812-2952
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13309771      James Li
13309776      Xiao Yan Chen
13309767*     Chase Mortgage,    P. O. Box 78035,    Phoenix, AZ 85062-8035
                                                                                TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2013**                    Signature:    *Joseph Speetjens*

```
District/off: 0971-4          User: twashingt          Page 3 of 3          Date Rcvd: Jun 28, 2013
                              Form ID: B9A             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2013 at the address(es) listed below:

      Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com
      Paul Mansdorf    paul@mansdorftrustee.com, ca72@ecfcbis.com,tracie_williams@canb.uscourts.gov, kathy_bernart@canb.uscourts.gov
      Ruth Elin Auerbach    on behalf of Debtor Richard Chiu attorneyruth@sbcglobal.net

                                                                                            TOTAL: 3

Case: 13-43677    Doc# 5    Filed: 06/30/13    Entered: 06/30/13 21:38:45    Page 3 of 5

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/27/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard Chiu
aka Richard Y.L. Chiu, aka Richard Yuk Lum Chiu,
aka Yuk Lum Chiu, aka Richard Y. Chiu, aka Richard
Y. Lum Chiu
1 Winant Way
Alameda, CA 94502

| Case Number:<br>13−43677 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx−xx−3077 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Ruth Elin Auerbach<br>Law Offices of Ruth Elin Auerbach<br>77 Van Ness Ave. #201<br>San Francisco, CA 94102<br>Telephone number: (415)673−0560 | Bankruptcy Trustee (name and address):<br>Paul Mansdorf<br>1563 Solano Ave. #703<br>Berkeley, CA 94707<br>Telephone number: (510)526−5993<br>Email: paul@mansdorftrustee.com |

### Meeting of Creditors
Date: **August 7, 2013**      Time: **09:00 AM**
Location: **Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/7/13**

### Deadline to Object to Exemptions:
If this case has been converted, a new deadline to object to exemptions arises unless: (1) the conversion took place more than one year after a plan was first confirmed, or (2) the deadline had previously expired while the case pending under Chapter 7.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>1300 Clay Street #300 (94612)<br>Post Office Box 2070<br>Oakland, CA 94604−2070<br>Telephone number: 510−879−3600 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 6/28/13 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––