RUTH ELIN AUERBACH, SBN 104191
Attorney at Law
77 Van Ness Avenue, Suite 201
San Francisco, CA 94102
Tel: (415) 673-0560
Fax: (415) 673-0562
e-mail: attorneyruth@sbcglobal.net

The following constitutes
the order of the court. Signed March 1, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorney for Debtor/Moving Party,
RICHARD CHIU

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>RICHARD CHIU,<br><br>            Debtor. | Case No.  13-43677 RLE<br><br>Chapter 7<br><br>Trial Date:  October 29, 2015*<br>Time:  9:00 A.M.<br>Courtroom:  201<br>Hon. Roger L. Efremsky<br>*Post-trial hearings heard 1/26/2016 and 2/4/2016 |

### ORDER ON DEBTOR'S
### MOTION TO AVOID JUDICIAL LIENS

The Final Hearing on the Debtor's Motion to Avoid Judicial Liens came on for hearing on February 4, 2016. The Court having considered the papers and pleadings on file in this matter, the Debtor having withdrawn any request for relief under 11 U.S.C. §522(g), and for the reasons stated on the record,

IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Debtor's motion under 11 U.S.C. §522(f) is granted in part and denied in part as to the following liens as to the Debtor's residence commonly described as 1 Winant Way, Alameda, California, 94502, APN 74-1035-87 ("Winant Property"):

        a. The Abstract of Judgment recorded on behalf of Spondulix Company, Inc., Recorded September 13, 2012 as Instrument No. 2012 132411, in the amount of

ORDER ON MOTION TO AVOID LIENS                    1

$872,304.95; the Abstracts of Judgment filed by Mike Rosen on April 5, 2013 as Instrument No. 2013-124223 and the amended Abstract of Judgment recorded May 13, 2013 as Instrument No. 2013-172381, each also in the amount of $872,304.95;

 b. The Abstract of Judgment recorded on behalf of First American Title Insurance Company, Recorded January 11, 2013, as Instrument No. 2013-20138 in the amount of $200,000.

2. Mike Rosen's lien as described in Paragraph (a) above is, pursuant to an agreement between creditors Mike Rosen, and Patrick MacIntyre, as assignee of the lien of First American Title Insurance Company, senior to the lien of Patrick MacIntyre.

3. The Debtor's motion is granted as follows: The lien of Patrick MacIntyre, as assignee of the lien of First American Title Insurance Company, on the real property commonly known as 1 Winant Way, Alameda, California, 94502 is avoided in its entirety.

4. The Debtor's motion is denied as follows: The lien of Mike Rosen, as assignee of Spondulix Company, Inc., is partially avoided. Mike Rosen's lien shall and does remain on the property commonly known as 1 Winant Way, Alameda, California, 94502 in the sum of $57,468.00.

5. Post-petition appreciation in 1 Winant Way, Alameda, California, 94502 shall inure to the benefit of the trustee of the debtor's bankruptcy estate. In the event the trustee abandons the trustee's interest, if any, to the post-petition appreciation, then the post-petition appreciation shall inure to the benefit of the debtor.

6. The Debtor's motion to avoid the liens as to the Debtor's interest in any other pre-petition real property is denied, and as to those properties, the judgment liens shall remain in full force and effect.

///

///

///

Approved as to form:


/s/ Lawrence D. Miller
LAWRENCE D. MILLER, ESQ.
Attorney for Creditors MIKE ROSEN
And PATRICK MacINTYRE

**END OF ORDER**

ORDER ON MOTION TO AVOID LIENS 3

Court Service List
n/a – all parties represented by ECF filers