

LAWRENCE D. MILLER SB# 77448
Attorney At Law
1200 Sixth Avenue, Suite 300
Belmont, CA 94002

Telephone: (650) 592-9151

Attorney for Creditor, Mike Rosen as assignee

The following constitutes
the order of the court. Signed June 22, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>    RICHARD CHIU,<br><br>        Debtor. | Case No. 13-43677<br><br>Chapter 7<br><br>ORDER ENJOINING SALE, ENCUMBRANCE, PLEDGE AND/OR HYPOTHECATION OF REAL PROPERTY<br><br>Date: June 15, 2016<br>Time: 2:00 p.m.<br>Place: Place: 1300 Clay Street<br>         Oakland, CA 94612<br>         Courtroom 201<br>Hon. Roger L. Efremsky, Judge |

      The Hearing on Creditor, Mike Rosen's, Motion for Order Staying Order Entered March 2, 2016, that Post-Judgment Appreciation Shall Inure to the Benefit of the Trustee and Alternatively to the Debtor, came on for hearing on June 15, 2016. Lawrence D. Miller appeared for Creditor, Mike Rosen; Ruth Auerbach appeared for Debtor; Jeremy Katz appeared for the Trustee. The Court having considered the papers and pleadings on file in this matter, and the parties having stipulated on the record, and

      GOOD CAUSE APPEARING,

      IT IS ORDERED that

      The Debtor's redemption of the equity in Debtor's residence at 1 Winant Way, Alameda, California, APN 74-1035-87 (hereafter "the property") from the Trustee shall be and is without prejudice to the final order issued in the pending appeal of the Order entered March 2, 2016, in the above-entitled

1

ORDER ENJOINING SALE

matter ("the appeal");

Debtor shall be bound by the final order issued in the appeal irrespective of any payment made by the Debtor for the redemption of the equity in the property;

If the Debtor prevails on the appeal the Debtor shall retain the rights acquired by Debtor's redemption of the equity in the property and Creditor's judgment lien shall be determined based on the Bankruptcy Court's order entered March 2, 2016;

If Creditor, Mike Rosen, prevails on the appeal Creditor shall benefit from any post-petition increase in the value in the property regardless of Debtor's payment to the Trustee for the redemption of the equity in the property; and

Debtor shall not, and hereby is enjoined from, selling, transferring, encumbering or otherwise hypothecating the property pending the final order issued in the appeal subject to further order of the Court on thirty days notice, including notice to Creditor, and subject to such order shortening time as may issue.

APPROVED AS TO FORM AND CONTENT

shierkatz RLLP

    /s/ Jeremy Katz
By: JEREMY KATZ,
Attorney for Paul J. Mansdorf, Trustee

/s/ Ruth Auerbach
RUTH ELIN AUERBACH,
Attorney for Richard Chiu, Debtor

**END OF ORDER**

<u>NOTICE OF ELECTRONIC FILING</u>

2

ORDER ENJOINING SALE

## COURT SERVICE LIST

None