**Entered on Docket
February 05, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Case: 17-60037, 12/11/2018, ID: 11220189, DktEntry: 37, Page 1 of 1

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 11 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: RICHARD CHIU, Debtor, | No. 17-60037 |
| MIKE ROSEN, Appellant, v. RICHARD CHIU, Appellee. | BAP No. 16-1071<br>BAP, Oakland Bankruptcy Court<br>**MANDATE** |

The judgment of this Court, entered November 19, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7

# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**TO:**       Clerk, Bankruptcy Court, Oakland, Northern District of California
**RE:**       RICHARD CHIU
**CA No.:**   17-60037
**BAP No.:**  NC-16-1071-KuBS
**Bkcy Court No.:** 13-43677

The judgment of this Panel entered on 03/27/2017 was appealed to the United States Court of Appeals for the Ninth Circuit.

Attached is a copy of the mandate of the Court of Appeals received on 12/11/2018.

The Court of Appeals AFFIRMED the BAP decision.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: December 11, 2018